# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **AMADBEK AEMBEKOV** | **CASE NO. 1:25-CV-01847 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KRISTI NOEM ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## ORDER

Before the Court is a Motion for Temporary Restraining Order [Doc. No. 2]. Respondents, Pamela Bondi, Todd Lyons and Kristi Noem, in their official capacities, filed a Response [Doc. No. 9]. Because the preliminary relief sought—release from detention—mirrors the ultimate relief sought in the habeas Petition [Doc. No. 1], and because the arguments for both essentially are the same, the Motion is **DENIED**. *See Garcia-Aleman v. Thompson*, No. 5:25-CV-00886, ECF No. 20 (S.D. Tex. Oct. 30, 2025) (citing *Stines v. Superintendent,* No. 9:24-CV-456, 2025 WL 1448358, at *11 (N.D.N.Y. May 20, 2025); *Jimenez v. Decker,* No. 21-CV-880, 2021 WL 826752, at *11 (S.D.N.Y. Mar. 3, 2021); *Meade v. Spaulding*, No. 3:16-CV-2212, 2017 WL 3425181, at *2 (M.D. Pa. Aug. 9, 2017); and *Chambliss v. Ashcroft*, No. 3:04-CV-0298-D, 2004 WL 718998, at *2 (N.D. Tex. Apr. 1, 2004), *report and recommendation adopted*, 2005 WL 724206 (N.D. Tex. Mar. 30, 2005)). The case will proceed in due course before the Magistrate Judge.

THUS DONE AND SIGNED this 10th day of December, 2025.

Terry A. Doughty
United States District Judge