a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

AMADBEK AEMBEKOV,                    CIVIL DOCKET NO. 1:25-CV-01847 SEC P
Petitioner

VERSUS                               JUDGE TERRY A. DOUGHTY

KRISTI NOEM ET AL,                   MAGISTRATE JUDGE PEREZ-MONTES
Respondents

_____

MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) filed by pro se Petitioner Amadbek Aembekov ("Aembekov"), an immigration detainee at Winn Correctional Center. Aembekov challenges the legality of his continued detention.

According to the statement of facts, Aembekov is a citizen of Tajikistan who last entered the United States without inspection on September 15, 2022. ECF No. 1 at 15. He was served with a Notice to Appear shortly after entering the United States, and placed in removal proceedings. *Id.* at 16.

Aembekov provides important additional facts in his reply to the Government's response. There, he alleges that he was initially released pursuant to 8 U.S.C. § 1226. ECF No. 26 at 4. Aembekov also asserts that he "dutifully complied with every requirement imposed on him by immigration authorities, including regularly reporting to ICE." *Id.* On October 2, 2025, he appeared for a scheduled check-in and was re-detained. *Id.* at 4.

1

The prior release under § 1226 was not alleged in the Petition, and the Government did not mention it or provide a copy of the document in its Response. The Court cannot adjudicate the Petition without a complete procedural history and record.

Accordingly, IT IS ORDERED that within 14 days of this Order, the Government supplement its Response with a copy of the order of release referenced in Aembekov's Reply, as well as a copy of the document revoking Aembekov's release.

SIGNED on Tuesday, April 21, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE